# Order

Michigan Supreme Court
Lansing, Michigan

January 20, 2021

161249

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

RICKY JOE BODMAN,
        Defendant-Appellant.

_____/

SC:  161249
COA:  351854
Ottawa CC:  18-042230-FC

On order of the Court, the application for leave to appeal the February 20, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 20, 2021



Clerk

b0113